

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

SEBRA GONZALEZ,      §      No. 08-19-00116-CV

     Appellant,      §      Appeal from the

v.      §      383rd District Court

MARCO GONZALEZ,      §      of El Paso County, Texas

     Appellee.      §      (TC# 2016DCM1045)

## **O R D E R**

On May 10, 2019, Appellant, Sebra Gonzalez, filed with the trial court a Statement of Inability to afford to pay costs on appeal, and on May 29, 2019, Appellant filed a Corrected Statement of Inability to afford to pay cost on appeal. *See* TEX.R.CIV.P. 145. The Court provided the court reporter, clerk, and Appellee an opportunity to contest that Statement of Inability. Both the court reporter, Anne M. Clark, and Appellee have filed challenges pursuant to Rule 145. We conclude that it is necessary for the trial court to conduct a hearing as contemplated by Rule 145. It is therefore ordered that the trial court conduct a hearing to determine whether Appellant is able to afford to pay costs on appeal, including the record. The hearing should be conducted as soon as practicable, but Appellant must be given ten days' notice of the hearing. *See* TEX.R.CIV.P. 145.

The trial court must issue an order which complies with TEX.R.CIV.P. 145(f)(6). In the event that the trial court finds that Appellant can afford to pay costs, Appellant is permitted to challenge that ruling by motion filed in this Court pursuant to TEX.R.APP.P. 145(g) no later than

1

ten days after the order is signed. The trial court shall forward its order to the District Clerk of El Paso County, Texas as soon as practicable after the hearing, but no later than three days after the order is signed. The District Clerk shall prepare and forward a supplemental clerk's record containing the order to this Court as soon as possible, but no later than five days after the trial court files the order. It will not be necessary for the court reporter to file a record of the hearing unless the trial court rules that Appellant is able to afford to pay for the reporter's record. All appellate deadlines shall be suspended pending resolution of these issues. The Court will issue an order reestablishing the appellate deadlines.

IT IS SO ORDERED this 4th day of June, 2019.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.